**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7108**

_____

JUAN BERMEA-CEPEDA,

                Plaintiff - Appellant,

        v.

CHAPLAIN CHARTIER, FCI Edgefield; ASSOCIATE CHAPLAIN MIMS,
FCI Edgefield; DIRECTOR HOLT, Southeast Regional Director;
ADMINISTRATOR HARRELL WATTS, Administrator National Inmate
Appeals; WARDEN, FCI Edgefield,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:11-cv-01231-JMC)

_____

Submitted:  November 2, 2012        Decided:  November 6, 2012

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Juan Bermea-Cepeda, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Bermea-Cepeda appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly we affirm for the reasons stated by the district court. Bermea-Cepeda v. Chartier, No. 8:11-cv-01231-JMC (D.S.C. June 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED